# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2244

_____

Mary Amerson; Michael Alex Hayes,   *
             *
    Appellants,     *
             *
    v.         *  Appeal from the United States
             *  District Court for the
State of Iowa; Polk County, IA; City of  *  Southern District of Iowa.
Des Moines, IA; City of Windsor   *
Heights, Iowa; Des Moines    *   [UNPUBLISHED]
Independent Community School   *
District; Heartland Area Education   *
Agency; Youth Homes of Mid    *
America; M. Katherine Miller;    *
Fifth Judicial District of Iowa;   *
Broadlawns Medical Center; Child   *
Psychiatry Associates; Kent Kunze;  *
Iowa Department of Education;    *
Department of Human Services;   *
Iowa Department of Inspections   *
Appeals; Legal Services Corporation  *
of Iowa; Jean Davis,     *
             *
    Appellees.     *

_____

Submitted: May 2, 2006
Filed: August 2, 2006

_____

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Mary Amerson and Michael Alex Hayes appeal the district court's[1] order dismissing, as failing to state a claim or as res-judicata barred, their civil rights action concerning defendants' handling of matters related to school, custody, and parental rights. Following careful review, we affirm the judgment of the district court for the reasons discussed in the court's order. See 8th Cir. R. 47B.

———————————————

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.